WELBES, Respondent, vs. DIETER and another, imp., Appellants.

*September 28, 1897.*

*Appeal from order granting new trial.*

An order granting a new trial after judgment is not now appealable. Chapter 380, Laws of 1897, has no application to such a case. *Davison v. Brown,* 93 Wis. 85, followed.

APPEAL from an order of the circuit court for Milwaukee county: D. H. JOHNSON, Circuit Judge. *Appeal dismissed.*

For the appellants there was a brief by *A. W. Bell.*

For the respondent there was a brief by *La Boule & Hunt.*

The following opinion was filed October 8, 1897:

PER CURIAM. This is an appeal by the defendants *Dieter* and *Johnson* from an order, made on motion of the plaintiff, granting a new trial of the issues in the action so far as the same relate to the personal liability of *Dieter, Johnson,* and *Eastman,* upon the payment by the plaintiff to said defendants of the sum of $10 costs.

For the reason given in *Davison v. Brown,* 93 Wis. 85, we must hold that the order is not appealable. Ch. 380, Laws of 1897, has no application. The appeal is dismissed.